IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

LA TIDTUS JONES                                                         PLAINTIFF

VS.                                                CIVIL ACTION NO.  1:13cv511  KS-MTP

RONALD KING, ET AL
                                                                                              DEFENDANTS

## JUDGMENT

This matter having come on to be heard on this date upon the Report and Recommendation of the United States Magistrate Judge entered herein on December 6, 2013, and the Court, after a full review of the record, having adopted said Report and Recommendation as the finding of this Court, finds that this matter should be **dismissed** with prejudice.

**The plaintiff is hereby notified that, pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure, he has the right to appeal this Order to the United States Court of appeals for the Fifth Circuit within thirty (30) days of the entry of the final judgment in this matter.**

IT IS, THEREFORE, ORDERED AND ADJUDGED that Plaintiff's claims against CMCF employees should be, and hereby are dismissed without prejudice; and that Plaintiff's claims against Laura Tilley, Margaret Bingham, Christopher Epps and E. L. Sparkman are dismissed with prejudice.

SO ORDERED this, the 17th day of January, 2014.

                                             *s/Keith Starrett*
                                             UNITED STATES DISTRICT JUDGE